# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEELAND DEE MARX and DANA N. MARX,<br><br>Plaintiffs<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE,<br><br>Defendant | Case No.: 2:25-cv-01395-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that the plaintiffs' certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each plaintiff as required by that rule.

I FURTHER ORDER these parties to file a proper certificate of interested parties by August 26, 2025.

DATED this 12th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE