# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEELAND DEE MARX and DANA N. MARX, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, a California company,<br><br>　　　　　Defendant. | Case No.: 2:25-cv-01395-APG-NJK |

## ORDER GRANTING
## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
## (FIRST REQUEST)

Pursuant to LR IA 6-1 and LR IA 6-2 of the Local Rules of Practice of the United States District Court for the District of Nevada, the parties, by and through their undersigned counsel, hereby stipulate as follows:

1.　The current deadline for Defendant Farmers Insurance Exchange (hereafter Defendant) to respond to the Complaint is September 5, 2025.

2.　The parties respectfully request an extension of time for Defendant to respond to the Complaint, up to and including September 12, 2025.

3.　This extension is the first request for extension of time concerning the deadline to respond to the Complaint and is sought in good faith and not for purposes of delay.

1

    4.    Counsel for all parties have conferred and agreed to the foregoing extension.

Accordingly, the parties respectfully request that the Court grant this stipulation and extend the deadline to respond to the Complaint to September 12, 2025.

| | |
|---|---|
| Dated: 09/05/2025 | Dated: 09/05/2025 |
| By: /s/ David Feldman<br>David J. Feldman, Esq.<br>Nevada Bar No. 5947<br>John C. Dorame, Esq.<br>Nevada Bar No. 10029<br>THE FELDMAN FIRM<br>8831 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone: (702) 949-5096<br>dfeldman@feldmanattorneys.com<br>jdorame@feldmanattorneys.com<br>*Attorneys for Defendant Farmers Insurance Exchange* | By: /s/ Michael N. Poli<br>Michael N. Poli, Esq.<br>Nevada Bar No. 5461<br>POLI, MOON & ZANE, PLLC<br>403 Hill Street<br>Reno, Nevada 89501<br>mpoli@pmzlaw.com<br>Docket@pmzlaw.com<br>*Attorneys for Plaintiffs Leeland Dee Marx and Dana N. Marx* |

**ORDER**

IT IS SO ORDERED.

Dated: September 8, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2