# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Leeland Dee Marx, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Farmers Insurance Exchange, <br><br> Defendant. | Case No.: 2:25-cv-01395-APG-NJK <br><br> **Order** <br><br> [Docket No. 18] |

On January 8, 2026, Plaintiffs filed a notice of intent to serve a subpoena *duces tecum*. Docket No. 18. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: January 9, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE