**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Leeland Dee Marx, et al., | Case No.: 2:25-cv-01395-APG-NJK |
| Plaintiffs, | |
| v. | **Order** |
| | [Docket No. 22] |
| Farmers Insurance Exchange, | |
| Defendant. | |

On January 9, 2026, the Court struck a discovery document that Plaintiffs filed on the docket. Docket No. 19. The Court stated that "[d]iscovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case." *Id*. The Court further instructed the parties to "refrain from filing discovery documents on the docket in the future absent a Court order that they do so." *Id*.

Despite the Court's order, on March 24, 2026, Plaintiffs filed a notice of intent to serve deposition subpoena. Docket No. 22. Accordingly, the Court **STRIKES** the document and **ORDERS** the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so. Failure to comply may result in sanctions.

IT IS SO ORDERED.

Dated: March 25, 2026.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1