Michael N. Poli (State Bar No. 005461)
mpoli@pmzlaw.com
Jeff G. Zane (*Pro Hac Vice*)
jzane@pmzlaw.com
docket@pmzlaw.com
**POLI, MOON & ZANE, PLLC**
403 Hill Street
Reno, Nevada 89501
Telephone:  602-857-8180
Facsimile:  602-857-7133
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEELAND DEE MARX and DANA N. MARX, husband and wife,<br><br>        Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, a California company,<br><br>        Defendant. | Case No.:  2:25-cv-01395-APG-NJK<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to LR 6-1, Plaintiffs Leeland Dee Marx and Dana N. Marx ("Plaintiffs"), by and through their undersigned counsel, and Defendant Farmers Insurance Exchange ("Defendant") (collectively with Plaintiffs, the "Parties"), by and through its undersigned counsel, hereby stipulate and agree to extend the deadline for Plaintiffs to respond to Defendant's Motion for Partial Summary Judgment, which was filed on May 11, 2026, as follows:

1.    Defendant's Motion for Partial Summary Judgment was filed on May 11, 2026.

2.    The current deadline for Plaintiffs to respond to Defendant's Motion for Partial Summary Judgment is June 1, 2026.

3.    The Parties have agreed to provide Plaintiffs with an extension until June 8, 2026, to file their Response.

4.    This is the Parties' first request for an extension for Plaintiffs' Response to Defendant's Motion for Partial Summary Judgment.

5.    The Parties make this first request with good faith as Michael Poli, one of Plaintiffs' attorneys, is out of the country and will not be returning until June 8, 2026. Mr. Poli's partner, Jeff Zane, admitted into this case by *pro hac vice*, is diligently working on Plaintiffs' Response.

The extension is made in food faith in light of the present circumstances.


RESPECTFULLY SUBMITTED this 30th day of May 2026.


**POLI, MOON & ZANE, PLLC**

By: /s/ *Jeff G. Zane*
        Michael N. Poli
        Jeff G. Zane (*pro hac vice*)
        2999 N. 44th Street, Suite 325
        Phoenix, Arizona 85018
        mpoli@pmzlaw.com
        jzane@pmzlaw.com

        *Attorneys for Plaintiffs*


**THE FELDMAN FIRM**

By: /s/ *David J. Feldman*
        David J. Feldman
        John C. Dorame
        8831 West Sahara Avenue
        Las Vegas, Nevada 89117
        dfeldman@feldmanattorneys.com
        jdorame@feldmanattorneys.com

        *Attorneys for Defendant*

IT IS SO ORDERED:

Dated: June 1, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

- 2 -