Michael N. Poli (State Bar No. 005461)
mpoli@pmzlaw.com
Jeff G. Zane (*Pro Hac Vice*)
jzane@pmzlaw.com
docket@pmzlaw.com
**POLI, MOON & ZANE, PLLC**
403 Hill Street
Reno, Nevada 89501
Telephone:  602-857-8180
Facsimile:  602-857-7133
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEELAND DEE MARX and DANA N. MARX, husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, a California company,<br><br>    Defendant. | Case No.:  2:25-cv-01395-APG-NJK<br><br><br>**ORDER GRANTING**<br><br>**PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE** |

Plaintiffs Leeland Dee Marx and Dana N. Marx ("Plaintiffs"), by and through their undersigned counsel, hereby move the Court to dismiss this case without prejudice. The Plaintiff in this matter is Fire Insurance Exchange, which was originally misnamed as Farmers Insurance Exchange. *See* Doc. 14, clarifying the Defendant's identity. *See also* Exhibit A, Declarations page from the subject policy.

Fire Insurance Exchange is a reciprocal insurance exchange. It has come the Parties' attention that this Court lacks subject matter jurisdiction over this matter, for the reasons described by this Court in *Nevada Cap. Ins. Co. v. Farmers Ins. Exch.*, No. 2:12-CV-02166-APG, 2014 WL 6882342, at *3 (D. Nev. Dec. 4, 2014).

Therefore, Plaintiffs respectfully request that this Court dismiss this case without prejudice with both Parties to bear their own costs and fees. Plaintiffs will refile their complaint in State Court. IT IS SO ORDERED:

Dated:___June 24, 2026___

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE